IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARISSA MILLER, A Minor, By and Through Her Mother and Next Friend, MIRANDA MILLER, ) ) ) ) Plaintiffs, ) ) v. ) ) ) JOHN DACUS, M.D., ) ) Defendant. ) ) | No. 03-2701 Ml/V |

## ORDER DENYING PLAINTIFF'S RENEWED MOTION TO CERTIFY QUESTION TO TENNESSEE SUPREME COURT

Before the Court is Plaintiff's Renewed Motion to Certify Question to the Tennessee Supreme Court, filed April 21, 2005. Defendant responded in opposition on May 2, 2005. The Court has ruled on this issue in orders entered on March 9, 2005, (Docket No. 178), and March 21, 2005, (Docket No. 233). For the reasons previously stated, Plaintiff's motion is DENIED.

SO ORDERED this 5 day of May, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-20-05

310

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 310 in case 2:03-CV-02701 was distributed by fax, mail, or direct printing on May 6, 2005 to the parties listed.

---

William B. Raiford
MERKEL & COCKE
P.O. Box 1388
Clarksdale, MS 38614

Dixie W. Cooper
GIDEON & WISEMAN
200 Fourth Ave., N.
1100 Noel Place
Nashville, TN 37219

C. J. Gideon
GIDEON & WISEMAN
200 Fourth Ave., N.
1100 Noel Place
Nashville, TN 37219

Timothy R. Holton
DEAL COOPER & HOLTON PLLC
296 Washington Avenue
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT