# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

ROBERT R. DI TROLIO
CLERK OF COURT

05 MAY 12 PH 3:21

MEMPHIS (901) 495-1200
FAX (901) 495-1250
JACKSON (901) 421-9200
FAX (901) 421-9210

WESTERN DIVISION

5/12/2005

RE:  MILLER v. DACUS
     03-2701 MI/V

Dear Counsel:

It appears in the above referenced cause that the parties are unable to agree on the taxation of costs.

Pursuant to Rule 54.1 of the Local Rules for the Western District of Tennessee, the Clerk is required to assess costs, after notice and hearing. Accordingly, the Clerk will tax costs on Friday May 20, 2005 @ 9:30 AM, in the Clerk's office located in Room 242, Clifford Davis Federal Building, 167 North Main Street, Memphis, Tennessee. You may appear at that time and make any argument you believe relevant, but you are not required to attend. The Clerk will accept the citation of any law the parties think appropriate, but such submissions must be received no later than one week prior to the scheduled hearing.

Sincerely,

Robert Di Trolio, Clerk

by: _____
    Deputy Clerk

/lc
c: Docket Clerk

242 FEDERAL BUILDING
167 N. MAIN STREET
MEMPHIS, TENNESSEE 38103

262 FEDERAL BUILDING
111 S. HIGHLAND
JACKSON, TENNESSEE 38301

314

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 314 in case 2:03-CV-02701 was distributed by fax, mail, or direct printing on May 12, 2005 to the parties listed.

---

William B. Raiford
MERKEL & COCKE
P.O. Box 1388
Clarksdale, MS 38614

Timothy R. Holton
DEAL COOPER & HOLTON PLLC
296 Washington Avenue
Memphis, TN 38103

C. J. Gideon
GIDEON & WISEMAN
200 Fourth Ave., N.
1100 Noel Place
Nashville, TN 37219

Dixie W. Cooper
GIDEON & WISEMAN
200 Fourth Ave., N.
1100 Noel Place
Nashville, TN 37219

Honorable Jon McCalla
US DISTRICT COURT